RECEIVED
JAN 1 0 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROY LEE PHILLIPS, JR. | CIVIL ACTION NO. 1:17-CV-01103 |
| VERSUS | JUDGE JAMES T. TRIMBLE JR. |
| WILLIAM EARL HILTON, *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Phillips' case is DISMISSED WITHOUT PREJUDICE for failure to apprise the Court of his change of address.

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, this 10th day of January, 2018.

JAMES T. TRIMBLE JR.
UNITED STATES DISTRICT JUDGE